# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Eric Dale Teague, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00388-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| David Shawn Clark | ) | |
| Angelo Appalonio | | |
| Wayne Propst | | |
| Brenda Dunning, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 16, 2014 Order.

July 17, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court